# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **MATTHEW GABRIEL** | : | **NO. 24-84** |

## ORDER

**NOW**, this 17th day of September, 2024, it is **ORDERED** that **SENTENCING** is **SCHEDULED** for **Tuesday, January 7, 2025,** at **11:30 a.m.**, in Courtroom 9A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**IT IS FURTHER ORDERED** as follows:

1. The parties shall provide each other copies of all documents at the same time each provides them to the United States Probation Office for preparation of the presentence investigation report;

2. The parties shall file and serve sentencing memoranda which set forth any factual and legal authority upon which they will rely at sentencing no later than one week before sentencing;

3. Any downward departure motions under §5K1.1 of the United States Sentencing Guidelines and/or 18 U.S.C. §3553(e) shall be filed and served no later than one week before sentencing;

4. If a defendant is responsible for restitution, the government must submit sufficient information in its sentencing memorandum to enable the Court to determine entitlement, the name and the address of each victim, the amount of loss for each victim, and documentary support for each amount. If liability for restitution is joint and several,

the government shall itemize the restitution amount for which each defendant is responsible;

      5.      Motions for preliminary order of forfeiture as to the defendant, if any, shall be filed no later than one week prior to sentencing; and

      6.      One copy of each sentencing memorandum, motion and response shall be served on the Court (Chambers, Room 9614) <u>and</u> the United States Probation Office when the original is filed.

                                    <u>/s/ Timothy J. Savage</u>
                                    TIMOTHY J. SAVAGE, J.